### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY, GMBH, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:18-cv-02108 (JBA) ) |
| v. | ) ) |
| MAXI-PRESS ELASTOMERIC, INC., et al., | ) ) ) |
| Defendants. | ) January 25, 2019 |

### DEFENDANT MAXI-PRESS ELASTOMERIC, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Maxi-Press Elastomeric, Inc. files this Disclosure Statement and states that (i) Maxi-Press Elastomeric, Inc. is a wholly-owned subsidiary of Maxi-Press Elastomertechnik GmbH.

> Respectfully submitted,
>
> THE DEFENDANT,
> MAXI-PRESS ELASTOMERIC, INC.
>
> BY ITS ATTORNEYS
> CUMMINGS & LOCKWOOD LLC
>
> /s/ John F. Carberry
> John F. Carberry (ct02881)
> CUMMINGS & LOCKWOOD LLC
> 6 Landmark Square
> Stamford, CT 06901
> Phone: 203-351-4280
> Fax: 203-708-3933
> E-mail: jcarberry@cl-law.com.

## **CERTIFICATE OF SERVICE**

I, John F. Carberry, attorney for Defendants, do hereby certify that on January 25, 2019, this RULE 7.1 CORPORATE DISCLOSURE STATEMENT Maxi-Press Elastomeric, Inc., Reiner Schmelcher and Hector Alejandro was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

/s/ John F. Carberry
John F. Carberry (ct02881)
CUMMINGS & LOCKWOOD LLC
6 Landmark Square
Stamford, CT 06901
Phone: 203-351-4280
Fax: 203-708-3933
E-mail: jcarberry@cl-law.com

Attorney for Defendants
Maxi-Press Elastomeric, Inc.,
Reiner Schmelcher and Hector Alejandro

3513492_1.docx 1/25/2019