UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH, <br><br> Plaintiff <br><br> v. <br><br> MAXI-PRESS ELASTOMERIC, INC. ET AL <br><br> Defendants | Civil Action No. <br> 3:18-cv-02108-SRU <br><br><br> April 23, 2019 |

**CORPORATE DISCLOSURE STATEMENT OF VOSS LAUNDRY SOLUTIONS, INC.**

In accordance with Rule 7.1 of the Federal Rules of Civil procedure, Voss Laundry Solutions, Inc. states that it was dissolved on November 13, 2018. Before it was dissolved, it was owned 50% by Macinefabriek Goudkuil Apeldoorn B.V. and 50% by Lapauw International, N.V.

    Respectfully submitted,
    VOSS LAUNDRY SOLUTIONS, INC.


By:  /s/ Amanda C. Nugent
    Amanda C. Nugent, Esq.
    Carmody Torrance Sandak & Hennessey LLP
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06509-1950
    Telephone: (203) 777-5501
    Facsimile:  (203) 784-3199
    E-mail:  anugent@carmodylaw.com
    *Their Attorney*

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/Amanda C. Nugent
Amanda C. Nugent