UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH,<br>         Plaintiff,<br><br>v.<br><br>MAXI-PRESS ELASTOMERIC, INC. et al.,<br>         Defendants. | No. 3:18-cv-2108 (SRU) |

**CONFERENCE MEMORANDUM AND ORDER**

On November 21, 2019, I held a Rule 16 Pretrial Conference off the record with David Shufrin, attorney for the plaintiff, Lavatec Laundry Technology GmbH; John Carberry and Moritz Schumann, attorneys for the defendants, Maxi-Press Elastomeric, Inc., Reiner Schmelcher, and Hector Alejandro; and Amanda Nugent, attorney for the defendants, Voss Laundry Solutions Inc., Finlog SA, and Wieap Beheer B.V.  At the conference, I encouraged the parties to examine their causes of action and to review their affirmative defenses in order to focus and streamline the case.

We discussed the discovery deadlines as well as the procedure for addressing discovery disputes, should any arise.  I set August 10, 2020 as the fact and expert discovery deadline[1] and September 21, 2020 as the deadline to file dispositive motions.[2]

We also discussed the possibility of settling the case early.  The case will be referred to Magistrate Judge William I. Garfinkel for a settlement conference.  I directed the parties to

---

[1] During the conference, I set August 8, 2020 as the fact and expert discovery deadline, which is a Saturday. Therefore, the deadline will be Monday, August 10, 2020.

[2] During the conference, I set September 19, 2020 as the dispositive motion deadline, which is also a Saturday. Therefore, the dispositive motion deadline will be Monday, September 21, 2020.

promptly circulate a damages analysis estimate and any documents needed to evaluate each party's claims prior to the settlement conference.

The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 25th day of November 2019.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge
