UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAVATEC LAUNDRY TECHNOLOGY GMBH,<br><br>Plaintiff<br><br>v.<br><br>MAXI-PRESS ELASTOMERIC, INC. ET AL<br><br>Defendants | Civil Action No.<br>3:18-cv-02108-SRU<br><br><br><br>JULY 8, 2020 |

**SECOND JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff/Counterclaim Defendant Lavatec Laundry Technology GMBH ("Lavatec") together with Defendants and Counterclaim Plaintiffs Maxi-Press Elastomeric, Inc. ("Maxi-Press"), Reiner Schmelcher ("Schmelcher") and Hector Alejandro ("Alejandro") and Defendants Voss Laundry Solutions, Inc. ("Voss"), Wieap Beheer, B.V. ("Wieap") and Finlog SA ("Finlog"), (collectively the "Parties") hereby jointly move to extend certain deadlines as set forth in the Parties' Report of Rule 26(f) Planning Meeting dated May 30, 2019 (Docket No. 55 ) as amended by the Court's Memorandum and Order of Rule 16 Conference dated November 25, 2019 (Docket No. 67) and as further amended by the Court's Order on the Parties' First Joint Motion to Amend the Scheduling Order dated May 18, 2020 (Docket No. 73) (the "Scheduling Order").

Good cause exists to support the granting of this Motion. At the November 21, 2019 Rule 16 Conference in this matter, the Court referred the Parties to a settlement conference with Judge Garfinkel. (Docket No. 67). That settlement conference was scheduled to occur on April 1, 2020. (Docket No. 70). However, due to the global Covid-19 pandemic, the Court indefinitely postponed

the settlement conference. (See Order Regarding Settlement Conference dated March 20, 2020, Docket No. 71). When the Parties submitted their First Joint Motion to Amend the Scheduling Order on May 1, 2020, that Settlement Conference had not yet been rescheduled. (Docket No. 72). By order dated June 22, 2020, the Court rescheduled the Settlement Conference for October 20, 2020 (Docket No. 78).

The current Scheduling Order requires the parties to disclose opening expert witnesses by September 8, 2020 and depose opening expert witnesses by October 8, 2020—all prior to the planned settlement conference. The Parties wish to avoid the time and expense associated with undertaking significant discovery, including hiring and deposing expert witnesses, in advance of the planned settlement conference.

Accordingly, the Parties seek to extend the remaining deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Disclosure of Opening Experts | September 8, 2020 | January 4, 2021 (75 days after settlement conference) |
| Depositions of Opening Experts Completed | October 8, 2020 | February 4, 2021 (31 days after Disclosure of Opening Experts) |
| Designation of Rebuttal Experts | November 9, 2020 | March 5, 2021 (30 days after Depositions of Opening Experts) |
| Close of All Discovery | December 10, 2020 | May 20, 2021 |
| Dispositive Motions to be filed | January 21, 2021 | July 1, 2021 (6 weeks after the close of all discovery) |

This is the Parties' second motion to extend these deadlines and they do not expect that further extensions will be necessary unless the settlement conference is again postponed. The Parties agree that the requested extension is necessary and appropriate.

WHEREFORE, the Parties believe that good cause exists to amend the deadlines as set forth herein, and jointly request that this Motion to Amend be granted.

        **RESPECTFULLY SUBMITTED,**

        **VOSS LAUNDRY SOLUTIONS, INC., FINLOG SA AND WIEAP BEHEER B.V.,**

By:   /s/ Amanda C. Nugent
       Amanda C. Nugent, Esq. (ct27584)
       Carmody Torrance Sandak & Hennessey LLP
       195 Church Street, 18th Floor
       P.O. Box 1950
       New Haven, CT 06509-1950
       Telephone: (203) 777-5501
       Facsimile: (203) 784-3199
       E-mail: anugent@carmodylaw.com
       *Their Attorneys*

        **MAXI-PRESS ELASTOMERIC, INC., REINER SCHMELCHER AND HECTOR ALEJANDRO,**

By:   /s/ John F. Carberry
       John F. Carberry, Esq. (ct02881)
       Cummings & Lockwood LLC
       Six Landmark Square
       Stamford, CT 06901
       Telephone: (203) 327-1700
       Facsimile: (203) 351-4535
       Email: jcarberry@cl-law.com

       -and-

Moritz Schumann, Esq. (admitted *pro hac vice*)
Schumann Burghart LLP
1500 Broadway, Suite 1902
New York, NY 10036
Telephone: 646-502-5944
Email: mschumann@sbuslaw.com

**LAVATEC LAUNDRY TECHNOLOGY GMBH,**

By:   /s/ David C. Shufrin
     David C. Shufrin, Esq.
     Hurwitz Sagarin Slossberg & Knuff LLC
     147 North Broad St.
     Milford, CT 06460-0112
     Telephone: (203) 877-8000
     Facsimile: (203) 878-9800
     Email: dshufrin@hssklaw.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Second Joint Motion to Extend the Scheduling Order Deadlines was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

     /s/ Amanda C. Nugent
     Amanda C. Nugent (ct27584)